IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ORIYOMA ALOBA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   NO. CIV-21-0403-HE |
| | ) |
| WARDEN GRANT, | ) |
| | ) |
| Respondent. | ) |

# ORDER

Petitioner Oriyoma Aloba, appearing *pro se*, filed a §2241 habeas petition and a motion for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings. Judge Mitchell ordered petitioner to cure deficiencies in his IFP application or to pay the $5.00 filing fee. Petitioner did not respond to the order. Judge Mitchell has now issued a Report and Recommendation recommending that the petition be dismissed. Petitioner has not objected to the Report, thereby waiving his right to appellate review of the legal and factual issues in it. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. #11] is **ADOPTED**. The petition is **DISMISSED** without prejudice for failure to comply with the court's orders.

**IT IS SO ORDERED**.

Dated this 9th day of August, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE